■ ANDRE D'AMICO, Respondent-Appellant, v. STATE OF NEW YORK, Appellant-Respondent. (Claim No. 49536.) — Judgment unanimously modified on the law and facts in accordance with the Memorandum, and as so modified affirmed, with costs to claimant. Memorandum: The trial court in awarding damages for the total taking of claimant's commercial property properly decided that it was a specialty and based its award upon an appraisal of cost less depreciation. The court erred, however, in disallowing cost items of a performance bond, architect's fee, building permit, legal fee and interest during construction. "The law is well established that the cost of reproduction is determined by estimating the costs of materials and adding to that the costs of

construction including all necessary overhead expenses." (*Richards "Of Course"* v. *State of New York,* 36 A D 2d 572.) We find from the evidence that the fair and reasonable amount of such overhead expenses is $14,480. The award should be increased by that amount. (Appeals from judgment of Court of Claims in claim for damages for permanent appropriation.) Present — Del Vecchio, J. P., Marsh, Gabrielli, Moule and Henry, JJ.